IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MICHAEL MALISH and DEBRA MALISH, ) ) ) Plaintiffs, ) ) v. ) ) PATRICIA DAWN HURST, ) et al., ) ) Defendants. ) | CIVIL ACTION NO. 2:17cv676-MHT (WO) |

OPINION

Plaintiffs Michael Malish and Debra Malish filed this lawsuit asserting claims of negligence and wantonness stemming from a car accident. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendant Patricia Dawn Hurst's motion for partial summary judgment on the Malishes' wantonness claims be granted. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes

that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 25th day of February, 2019.

                                /s/ Myron H. Thompson  
                              UNITED STATES DISTRICT JUDGE