IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
MICHAEL MALISH and DEBRA    )
MALISH,                     )
                            )
     Plaintiffs,            )
                            )     CIVIL ACTION NO.
     v.                     )     2:17cv676-MHT
                            )         (WO)
PATRICIA DAWN HURST,        )
et al.,                     )
                            )
     Defendants.            )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 35) is adopted.

(2) Defendant Patricia Dawn Hurst's motion for partial summary judgment (doc no. 29) is granted.

(3) Judgment is entered on the wantonness claims in favor of defendant Hurst and against plaintiffs Michael Malish and Debra Malish, with the Malish plaintiffs

taking nothing by their complaint on the wantonness claims against defendant Hurst. All other claims remain pending.

It is further ORDERED that costs are taxed against the Malish plaintiffs on the wantonness claims, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 25th day of February, 2019.

                                        /s/ Myron H. Thompson
                                        **UNITED STATES DISTRICT JUDGE**